IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MONICA HAGUE,** §<br>　　*Plaintiff,* §<br>§<br>**v.** §<br>§<br>§<br>**UNIVERSITY OF TEXAS HEALTH** §<br>**SCIENCE CENTER AT SAN ANTONIO,** §<br>　　*Defendant.* § | **CAUSE NO. 5:11-CV-01101-OLG** |

**AMENDED TRIAL WITNESS LIST OF DEFENDANT UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**

**TO THE HONORABLE JUDGE ORLANDO GARCIA:**

Defendant, University of Texas Health Science Center at San Antonio ("Defendant" or "UTHSCSA") submits its Defendant's Amended Trial Witness List pursuant to Local Rule CV-16 as follows:

1. Witnesses that Defendant expects to present at trial:

   - Joseph Lindstrom
   - Lance Villers
   - Juanita Wallace
   - Dwight Steward

All above-mentioned witnesses may be contacted through Defendant's counsel below.

2. Witnesses that Defendant may call if the need arises:

   - Bonnie Blankmeyer (may be contacted through Defendant's counsel)
   - Emily Kidd (may be contacted through Defendant's counsel)
   - Monica Hague (may be contacted through Plaintiff's counsel)
   - Chrystal Gilg (may be contacted through Defendant's counsel)

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**ANGELA V. COLMENERO**
Chief, General Litigation Division

/s/ Frank A. King
**FRANK A. KING**
Texas Bar No. 00794091
frank.king@texasattorneygeneral.gov
**LAURA A. BARBOUR**
Texas Bar No. 24069336
laura.barbour@texasattorneygeneral.gov
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Malinda Gaul via e-mail on September 4, 2015, and she has no objection to the filing of an Amended Trial Witness List of Defendant.

/s/ Frank A. King
**FRANK A. KING**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically served the following CM/ECF participant on this the 4th day of September, 2015.

    Malinda A. Gaul
    Law Offices of Gaul & Dumont
    924 Camaron St
    San Antonio, Texas   78212
    *ATTORNEY FOR PLAINTIFF*

    /s/ Frank A. King
    **FRANK A. KING**