

FILED

JAN 2 1 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MONICA HAGUE,<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | §<br>§ | Case No. SA-11-CV-1101-RCL |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT SAN ANTONIO<br>*Defendant.* | §<br>§<br>§ | |

### VERDICT FORM

**Jury Question No. 1**

Do you find that Monica Hague would not have suffered adverse action but for her engaging in action protected by Title VII?

Answer "Yes" or "No."

_Yes_

**If your answer to Question No. 1 is "Yes," go to**

**Jury Question No. 2**

What sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Hague for the damages, if any, that you have found UTHSCSA caused her?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ _15,000_

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ _0_

3. Wages and benefits from August 31, 2011 to the date of your verdict, if appropriate.

$ 100,000

Date: 1-21-16