IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MONICA HAGUE,  §  <br> §  <br> Plaintiff, § <br> § <br> VS. § <br> § <br> UNIVERSITY OF TEXAS HEALTH § <br> SCIENCE CENTER AT SAN ANTONIO, § <br> § <br> Defendant. § | CIVIL ACTION NO. <br> SA-11-CA-1101-RCL |

## ADVISORY TO THE COURT

Now comes Plaintiff Monica Hague and files this *Advisory to the Court* on behalf of Plaintiff and Defendant University of Texas Health Science Center at San Antonio to advise the Court the parties have reached an agreement and will be filing an agreed order of judgment within thirty (30) days.

                Respectfully submitted,

                LAW OFFICES OF
                GAUL AND DUMONT
                924 Camaron Street
                San Antonio, Texas 78212
                (210) 225-0685
                (210) 320-3445 - Fax

      By:  **/s/ Malinda A. Gaul**
                MALINDA A. GAUL
                State Bar #08239800
                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2016, I electronically filed the above and foregoing *Advisory to the Court* with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Frank King
Laura Barbour
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**/s/ Malinda A. Gaul**
Malinda A. Gaul