IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MONICA HAGUE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. |
| § | SA-11-CA-1101-RCL |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT SAN ANTONIO, § | |
| § | |
| Defendant. § | |

## ADVISORY TO THE COURT

Now comes Plaintiff Monica Hague and files this *Advisory to the Court* on behalf of Plaintiff and Defendant University of Texas Health Science Center at San Antonio to advise the Court the parties have been working on the agreement they have reached, but need an additional ten (10) days to complete the agreed order of judgment.

Respectfully submitted,

LAW OFFICES OF
GAUL AND DUMONT
924 Camaron Street
San Antonio, Texas 78212
(210) 225-0685
(210) 320-3445 - Fax

By:  **/s/ Malinda A. Gaul**
MALINDA A. GAUL
State Bar #08239800
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2016, I electronically filed the above and foregoing *Advisory to the Court* with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Frank King
Laura Barbour
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**/s/ Malinda A. Gaul**
Malinda A. Gaul