IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MONICA HAGUE,<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CAUSE NO. 5:11-CV-01101-RCL |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT SAN ANTONIO,<br>*Defendant.* | §<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

On January 19, 2016, the trial of this case began. Plaintiff, Monica Hague, appeared in person and through her attorney and announced ready for trial. Defendant, The University of Texas Health Science Center at San Antonio, appeared through its attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel, with Judge Royce C. Lamberth presiding. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Plaintiff Monica Hague moved for entry of judgment on the verdict. The Court considered the motion and renders judgment for Plaintiff Monica Hague.

1. Therefore, the Court orders that Plaintiff Monica Hague, recover the sum of $15,000.00 in past pain and suffering damages, $100,000.00 in past wages and benefits from Defendant The University of Texas Health Science Center at San Antonio.

2. Plaintiff Monica Hague requested reasonable attorney fees and and her court costs. Both she and Defendant, The University of Texas Health Science Center at San Antonio, negotiated an amount of $83,705.00 in attorney fees and court costs. The Court orders Defendant, The University of Texas Health Science Center at San Antonio to pay Plaintiff Monica Hague $83,705.00 in attorney fees and court costs.

3. The Court orders execution to issue for this judgment.

4. The Court denies all relief not granted in this judgment.

5. This is a FINAL JUDGMENT.

SIGNED on the 24th day of May, 2016.

Royce C. Lamberth
U.S. DISTRICT JUDGE ROYCE C. LAMBERTH